IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02231-RPM-BNB

GEORGE NOLLER,

    Plaintiff,

v.

ER SOLUTIONS, INC., a Washington corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Unopposed Motion to Dismiss with prejudice and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay his or its own costs and attorney's fees.

DATED: December 7, 2005

BY THE COURT:

s/Richard P. Matsch
_____
RICHARD P. MATSCH, Senior Judge